ROY BYRD V. THE STATE.

No. 10076.   Delivered April 7, 1926.

Assault to Murder—No Statement of Facts—No Bills of Exception.

The record contains neither statement of facts nor bills of exception. The indictment seems sufficient to charge the offense, and the judgment is affirmed. See Carr v. State, 41 Tex. Crim. Rep. 547.

Appeal from the District Court of Mills County. Tried below before the Hon. Lewis H. Jones, Judge.

Appeal from a conviction for an assault to murder, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is assault with intent to murder, punishment fixed at confinement in the penitentiary for a period of five years.

The record contains no statement of facts or complaint of the rulings of the trial court upon matters of procedure.

The indictment seems sufficient to charge the offense. See Carr v. State, 41 Texas Crim. Rep. 547.

The judgment is affirmed.

*Affirmed.*